UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    UNITED STATES OF AMERICA,

                 -against-

ARTHUR ARCADIAN

                         Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

**21-cr-00058-MKV**

Defendant ARTHUR ARCADIAN hereby voluntarily consents to participate in the following proceeding via X videoconferencing or X teleconferencing:

x        Initial Appearance Before a Judicial Officer

x        Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

 X_      Bail/Detention Hearing

 x_      Conference Before a Judicial Officer

*Arthur Arcadian*by his attorney Lance Lazzaro
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Arthur Arcadian
Print Defendant's Name

_____
Defendant's Counsel's Signature

Lance Lazzaro
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_____3/8/21_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge