LAW OFFICES
# Lazzaro Law Firm, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO
RANDALL LAZZARO *

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

* ADMITTED IN NY & NJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2021

April 2, 2021

**Sent via ECF:**
Honorable Mary Kay Vyskocil
United States District Judge
United States District Court - Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Arthur Arcadian**
      Criminal Case No. 21–cr–00058–MKV

Dear Judge Vyskocil:

  As you are aware, this firm represents Mr. Arthur Arcadian with regards to the above referenced matter. At this time Mr. Arcadian is seeking permission to attend Easter Mass at Heaven's Embrace Church (9109 Revere Street, Philadelphia PA 19152) on April 4, 2021 with his family. With the Court's permission Mr. Arcadian would leave the family home at 9:00 am on April 4, 2021 to attend an 11:00 am service. Mr. Arcadian would attend Bible study and have dinner with the congregation. Mr. Arcadian and his family should arrive back in New York at approximately 7:00 pm on April 4, 2021.

  My office has spoken with Pretrial Officer Francesca Piperato and Officer Piperato has indicated that Pretrial Services has no objections to this request. AUSA Rebold defers to Pretrial Services on this matter. Based upon Pretrial Services not having any objections, I respectfully

request that your Honor grants this request. Thank you for your attention herein. If you have any questions and/or concerns with regards to the above please do not hesitate to contact the undersigned.

Very truly yours,<br>
LAZZARO LAW FIRM, P.C.<br><br>
BY: _____<br>
Lance Lazzaro

cc:   AUSA Jonathan Rebold via ECF
       Pretrial Officer Francesca Piperato via email

---

Defendant Arcadian's request to attend Easter Mass at Heaven's Embrace Church, followed by Bible study and dinner is GRANTED.  Defendant shall provide any necessary documentation to Pretrial Services.  SO ORDERED.

Date: 4/2/2021
New York, New York

_____
Mary Kay Vyskocil
United States District Judge