```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/21
```

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

               -v-

Arthur Arcadian

               Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 00058 (mkv) ( )

Defendant **Arthur Arcadian** hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Arthur Arcadian**
Print Defendant's Name

_____
Defense Counsel's Signature

**Lance Lazzaro**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

**9/14/2021**
Date

_Mary Kay Vyskocil_
U.S. District Judge/U.S. Magistrate Judge