LAW OFFICES
# Lazzaro Law Firm, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO

RANDALL LAZZARO *
_____

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

* ADMITTED IN NY & NJ

January 11, 2022

**Sent via ECF**
Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   **United States v. Arthur Arcadian**
      Case No.: 21-cr-00058-MKV

Dear Judge Vyskocil:

As you are aware, I represent Arthur Arcadian with regards to the above referenced matter. On December 29th, 2021, Your Honor denied my letter motion requesting the modification of Mr. Arcadian's conditions of release to allow him to work on certain immigration matters. However, I am writing to request that Your Honor reconsider this denial due to the fact that AUSA Jonathan Rebold and myself have come to a mutual agreement which would allow Mr. Arcadian to practice law in certain areas of immigration. When Mr. Arcadian originally appeared before Magistrate Judge Robert W. Lehrburger, by mutual agreement, Mr. Arcadian was allowed to practice law but not in the immigration field. AUSA Rebold insisted on that condition and it was never litigated before Judge Lehrburger. I did not oppose it at the time as it was always my understanding with AUSA Rebold that I could always revisit this issue at a later date with him.

Prior to filing my modification request, I came to AUSA Rebold and asked him if he would consider allowing Mr. Arcadian to practice in certain areas of immigration law and after doing his due diligence, AUSA Rebold agreed to this request while Pretrial Services deferred to the Government. My client is currently struggling to provide for his family since their practice largely focused on immigration law. His involvement, even as alleged, could be fairly described as minimal. He has two young children and given the bar to practice also imposed upon his wife, his inability to

work is causing extreme hardship. Therefore, I am respectfully asking Your Honor to reconsider your denial of the modification request.

      Thank you for your attention herein. If you have any questions and/or concerns with regards to the above please do not hesitate to contact the undersigned.

Very truly yours,<br>
LAZZARO LAW FIRM, P.C.<br><br>
BY: _____/s/_____<br>
Lance Lazzaro, Esq.

cc: AUSA Jonathan Rebold via ECF