```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/17/23___
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,	1:21-cr-0058-3 (MKV)

        -against-	**ORDER**

ARTHUR ARCADIAN

        Defendant.

MARY KAY VYSKOCIL, United States District Judge

    IT IS HEREBY ORDERED that a change of plea hearing is scheduled for January 25, 2023 at 10am.

    The hearing will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, Courtroom 18C.

**SO ORDERED.**

**Date: January 17, 2023**

                                                     HONORABLE MARY KAY VYSKOCIL
                                                   UNITED STATES DISTRICT JUDGE
                                                   SOUTHERN DISTRICT OF NEW YORK