# THE CARMAN LAW OFFICE

Attorneys at Law
666 Old Country Road
Suite 501
Garden City, New York 11530
(516) 683-3600
Facsimile
(516) 683-8410

JOHN F. CARMAN, ESQ.
SUSAN SCARING CARMAN, ESQ.

ASSOCIATE ATTORNEY
SARA M. PERVEZ, ESQ.

PARALEGAL
ANNA M. SACCO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2024

March 6, 2024

**VIA ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        *Re:*   *United States v. Arthur Arcadian*
              *Docket No. 21–cr–00058–MKV*

Dear Judge Vyskocil:

      Please accept letter in further support of Mr. Arcadian's request for the return of his American and Russian passports.

      Mr. Arcadian has not seen his elderly parents since 2019 as they both live in Moscow. Since that time, his father (74) has survived two strokes and was previously diagnosed with epilepsy. Due to his medical condition, the doctors have discouraged him from undertaking stressful travel. His mother (76) also has serious health issues that were documented in the PSR.

      As the Court is aware, Ilona Dzhamgarova, Mr. Arcadian's wife, is scheduled to surrender to serve her sentence on July 8, 2024. Probation has advised that they will not consider a request for international travel by Mr. Arcadian until 90 days have elapsed since release – that date would be on or about May 1, 2024. While of course the Court's approval would be required, there is a brief interval between May 1 and his wife's surrender date for possible travel to visit his parents. Mr. Arcadian is hopeful that Probation and the Court would look favorably upon such a request if made at that time.

      In the event that Mr. Arcadian is unable to travel before his wife's surrender, the next opportunity for him to see his parents would be in July of 2026 – after his wife's release from prison. He will have two minor children in his care that will make travel to Russia virtually impossible.

If the Court would authorize the return of the travel documents, Mr. Arcadian will be able to request renewal of his passport so that he is in a position to travel should the Court permit it. As previously noted, neither Probation nor the Government oppose this request.

Thank you for your consideration.

Very truly yours,

_____/s/_____
JOHN F. CARMAN
(JC 7149)

JFC/ams

---

**Defendant's application is GRANTED for the sole purpose of facilitating renewal of his passports. The release and return of Defendant's passports shall be made in coordination with the Probation Office. Any request for travel is premature and shall be made following the time period specified by the Probation Office. SO ORDERED.**

Date: 3/7/2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge